Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

| | |
|---|---|
| BA-ATAA ABDULLA AHMED MUBARAK, | **JUDGMENT IN A CIVIL CASE** |
| Petitioner, | CASE NUMBER: 25-CV-6420 |
| v. | |
| JEFFREY SEARLS, in his official capacity as Officer-in-Charge, Buffalo Federal Detention Facility, | |
| Respondent. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Clerk of Court is directed to close the case.

Date: August 18, 2025

MARY C. LOEWENGUTH
CLERK OF COURT

By: s/Rosemarie M. Eby-Collom
    Deputy Clerk